```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Cedric Reid,

                Petitioner,

    -against-

Harold Graham, Superintendent,

               Respondent.
------------------------------------------------------------X

08 Civ. 363 (PAC) (DFE)
**ORDER OF REFERENCE TO**
**A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____

**_X_  Habeas Corpus**

____ Settlement:

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

____ Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

================================================================================

* Do not check if already referred for general pretrial

Dated: New York, New York
       June 3, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Cedric Reid
#00A6988
Auburn Correctional Facility
P.O. Box 618
Alburn, NY 13024

1