```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CEDRIC REID,
                           Petitioner,

                                              08 Civ. 0363(PAC)(DFE)
         -against-                            (This is not an ECF case)
                                              ORDER
HAROLD GRAHAM, Superintendent,

                           Respondent.
------------------------------------------x
```

DOUGLAS F. EATON, United States Magistrate Judge.

      The habeas corpus petition of Cedric Reid has been referred to me by the Hon. Paul A. Crotty, U.S.D.J., and it appears, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, that the respondent should file an answer. It is hereby ORDERED as follows:

      1. The Clerk of the Court shall forthwith serve, by certified mail, a copy of this Order and the underlying Amended Petition [6 pages] and its Exhibit C [14 pages], upon the Attorney General of the State of New York and the District Attorney of New York County, and shall also mail a copy of this Order to petitioner.

      2. Once it is clear whether the State Attorney General's Office or the New York County District Attorney will be representing the Respondent, then Respondent's attorney should contact my chambers to see Exhibits A, B, and D through G.

      3. Respondent shall serve and file an answer or motion by September 16, 2008.

      4. With any answer, the respondent shall file (but need not serve), the State court record, including, but not limited to, the trial transcript, sentencing minutes, appellate briefs, appellate decisions and post-trial motions and decisions. Respondent should file the originals of all papers, <u>including the State court record</u>, <u>with the Clerk of the Court</u>, not with my Chambers, but deliver a courtesy copy of any affidavits and/or memoranda to my Chambers. Be sure to write <u>our</u> Court's <u>civil</u> docket number on each volume of the state court record.

      5. Within fourteen (14) days from the date on which the respondent mailed petitioner the answer or motion, petitioner shall serve and file a letter to me stating the date when petitioner

received the respondent's answer or motion.

      6. Within thirty (30) days from the date on which the respondent mails the answer or motion, petitioner shall serve and file (with a courtesy copy to me) either a reply/traverse, or a letter to me stating that he chooses not to file any reply/traverse.

      7. If Mr. Reid has any change in his mailing address, he must, within 5 business days, send written notice to me and to the attorney for respondent.

                                          _/s/ Douglas F. Eaton_
                                          DOUGLAS F. EATON
                                          United States Magistrate Judge
                                          Room 1360, U.S. Courthouse
                                          500 Pearl Street
                                          New York, NY 10007
                                          Telephone: (212) 805-6175

Dated:    New York, New York
            June 20, 2008

Copies of this Order are being mailed on this date to:

Cedric Reid
#00-A-6988
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024

Federal Habeas Corpus Unit
Attorney General, State of New York
120 Broadway
New York, NY 10271-0332 [with a copy of the Amended Petition and Exhibit C]

Appeals Bureau
District Attorney, New York County
One Hogan Place
New York, NY 10013 [with a copy of the Amended Petition and Exhibit C]

Pro Se Office
U.S. Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. Paul A. Crotty